IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAHAB JALALI,

    Plaintiff,

v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-563-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

    That judgment is entered affirming the decision of defendant Carolyn Colvin, Acting Commissioner of Security, and dismissing plaintiff Shahab Jalali's appeal.

By: _[signature]_, Deputy Clerk
Peter Oppeneer, Clerk of Court

4-30-13
Date