IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHAB JALALI,

                                                     ORDER

                Plaintiff,

                                                 12-cv-563-bbc

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to Commissioner's motion, I can state that I would be inclined to grant the parties' motion for relief from judgment if this case were to be returned to this court.

      Entered this 2d day of October, 2013.

                                                   BY THE COURT:
                                                 /s/
                                               BARBARA B. CRABB
                                               District Judge