IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAHAB JALALI,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-563-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the judgment entered on April 30, 2013 is vacated and judgement is entered reversing the Commissioner's decision and remanding this case for further proceedings under sentence four of 42 U.S.C. 405(g).

| s/Peter Oppeneer | 12/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |