IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAHAB JALALI,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 12-cv-563-bbc

CAROLYN W. COLVIN,
 Acting Commissioner of Social
Security,

    Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the judgment entered on April 30, 2013 is vacated and judgement is entered reversing the Commissioner's decision and remanding this case for further proceedings under sentence four of 42 U.S.C. 405(g).

        s/Peter Oppeneer                      12/30/2013
   Peter Oppeneer, Clerk of Court               Date