IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAHAB JALALI,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-563-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees in the amount of $13,895.00 and costs in the amount of $805.00 under the Equal Access to Justice Act to Charles Binder.

| s/Peter Oppeneer | 3/21/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |